UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christopher Ferrera

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR-689 (GHW)

Defendant ___Christopher Ferrera_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


/s/ Christopher Ferrera
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christopher Ferrera_____
Print Defendant's Name

/s/ Marisa K. Cabrera
_____
Defendant's Counsel's Signature


_Marisa K. Cabrera_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/22/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge