UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                    -against-

                                                                                            **20 -Cr-689 (GHW)**

 Christopher Ferrera, et al

                                                Defendant(s).
-------------------------------------------------------------------X

Defendant ___Christopher Ferrera_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


/s/ Christopher Ferrera (by MKC)_____    /s/ Marisa K. Cabrera_____
Defendant's Signature                                 Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Christopher Ferrera_____        _Marisa K. Cabrera_____
Print Defendant's Name                               Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 December 8, 2021_____                          _____
Date                                                           U.S. District Judge/U.S. Magistrate Judge