**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___3/5/2021___

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

March 5, 2021

**BY ECF**
Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Christopher Ferrera**
**20 Cr. 689 (GHW)**

Dear Judge Woods:

I write to request permission for Mr. Ferrera to travel to Miami, Florida in order to visit his friend David Lopez and his extended family, pending the outcome of his case. Mr. Ferrera proposes to leave on March 19, 2021 to Miami and to return on March 26, 2021.

On September 15, 2020, Mr. Ferrera was released on his own recognizance. We have been in touch with his pretrial officer, Dayshwan Bostic, who has informed us that Pretrial Services has no objection to this request. AUSA Thomas Burnett has also indicated that the Government does not object to this travel request. Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Marisa Cabrera
Assistant Federal Defender
(212) 417-8730

cc:     AUSA Thomas Burnett

Application granted.  The conditions of the defendant's pretrial release are modified as follows:  the defendant may travel to Miami, Florida on March 19, 2021.  The defendant must return no later than March 26, 2021.  All other conditions of the defendant's pretrial release remain in full force and effect.
SO ORDERED
Dated:  March 5, 2021

GREGORY H. WOODS
United States District Judge