| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------- X<br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHRISTOPHER FERRERA,<br><br>Defendant.<br>------------------------------------------------- X | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 20 Cr. 689 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, District Judge:

In light of Christopher Ferrera's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to October 6, 2022.

Dated:   April 6, 2021
          New York, New York

                                                    RONNIE ABRAMS
                                      United States District Judge