UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

UNITED STATES OF AMERICA,

                                                  1: 20-CR-00689-1 (RA)

    -against-                                   ORDER

CHRISTOPHER FERRERA,

                Defendant.
---------------------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment, as directed by Pretrial Services.

Dated: New York, New York
       April 7, 2021

                                                      SO ORDERED:

                                                      Ronnie Abrams
                                         United States District Judge