# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

April 13, 2021

**BY ECF**
Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 13, 2021

**Re:    United States v. Christopher Ferrera**
**20 Cr. 689 (RA)**

Dear Judge Abrams:

I write to request permission for Mr. Ferrera to travel to Miami, Florida in order to visit his extended family and his friend David Lopez, pending the outcome of his case. Mr. Ferrera proposes to leave on April 14, 2021 to Miami and to return on April 21, 2021.

On September 15, 2020, Mr. Ferrera was released on his own recognizance. We have been in touch with his pretrial officer, Rena Bolin, who has informed us that Pretrial Services has no objection to this request. AUSA Thomas Burnett has also indicated that the Government does not object to this travel request.  Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Marisa Cabrera
Assistant Federal Defender
(212) 417-8730

cc:    AUSA Thomas Burnett