UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

                                                                20-CR-00689 (RA)-1

       -against-

                                                               <u>ORDER</u>

CHRISTOPHER FERRERA,

                **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      IT IS HEREBY ORDERED that the defendant shall appear for a change of plea hearing and sentencing on Thursday, May 11, 2023, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing. **SO ORDERED**.

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     April 7, 2023
                 New York, New York